CLERK, UNITED STATES COURT OF APPEALS
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS

CAPITAL DISTRICT 208
6 FEB 2026 PM 2 L

NEOPOST
02/04/2026
US POSTAGE $001.03⁰
FIRST-CLASS MAIL
IMI

ZIP 20001
041M11283068

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB 17 2026

RECEIVED



SCREENED BY
U.S. MARSHALS

NIXIE        231    DE 1        0002/12/26

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 20001286699        *2217-00157-06-46

26-7008

Christopher Lindsey Rogan
Rogan Law Firm, PLLC
30-D Catoctin Circle, SE
Leesburg, VA 20175

------------------------------------------------------------

------------------------------------------------------------

# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak
Clerk

February 3, 2026

General Information
(202) 216-7000

Re:    26-7008 Christopher Chandler v. Donald Berlin, et al

Dear Counsel:

It is my understanding that you represent a party in the above captioned case.

Our records reveal that you are not a member of the bar of this court. It is the policy of the court that all attorneys appearing before it be members of the bar of this court. Our procedures do not allow us to accept filings from attorneys who are not members. Also, the names of non-members may not appear on any opinion the court issues. Generally, attorneys must be members of this court to present oral argument. See D.C. Circuit Handbook of Practice and Internal Procedures 6 (2025).

Unless you advise the court that you are not seeking admission and will not be representing a party to the case, your completed application is due by March 5, 2026. The application and supporting documents may be electronically submitted with payment through the Bar Admission utility within CM/ECF.

Very truly yours,
Clifton B. Cislak, Clerk

BY:    /s/
Francis A. Walter
Deputy Clerk

The following forms and notices are available on the Court's website:

Application for Admission to Practice

# Attorney Admission Application - Instructions

All applying attorneys must comply with the admission requirements set forth in Fed. R. App. P. 46 and the Circuit Rules of the U.S. Court of Appeals for the D.C. Circuit. The Rules are available on the court's website.

All applications for admission and supporting documents **must be filed electronically**, along with payment of the admission fee.

To submit an application electronically, applicants must first set up a PACER account. Applicants must then go to "Manage My Account", choose the "Maintenance" tab and select "Attorney Admissions/E-File Registration". Once the registration has been approved, applicants must log into CM/ECF and upload PDF copies of their application and supporting documents.

The current fee for admission is $249. The attorney admission fee is waived for all attorneys employed by the United States and its agencies so long as the attorney continues employment with the United States or an agency of the United States. Upon termination of employment with the United States or an agency of the United States, an attorney wishing to continue practicing before the court must pay the full admission fee.

**All sections** of the application must be completed.

Please note:

- All applicants must be sponsored by a **current active member** of the D.C. Circuit in good standing with the court.
- All applicants must include the name of their law firm (including solo practitioner firms), agency, or other employer.
- **All** signatures on the application must be original (wet) signatures. Electronic signatures and /s/ signatures are not accepted.
- Notary seals must include an expiration date.
- When an officer authorized to take oaths and affirmations signs an application in lieu of a notary public, the text of the statute granting the officer the authority to administer oaths and affirmations must be attached to the application.

In addition to the application form, all applicants must upload ONE certificate of good standing issued **by the court upon which the application is based**. This court accepts certificates of good standing issued by the Supreme Court of the United States, another Circuit Court, any U.S. District Court, or the highest court of a state in which the applying attorney is barred, active, and in good standing. All certificates must have been issued within 60 days of the date of filing of the application for admission. Do not submit a certificate from a state bar association.

*Members of the D.C. bar only - please note that certificates of good standing from the District

of Columbia are issued by the District of Columbia's highest Court (the District of Columbia Court of Appeals) and are therefore valid, notwithstanding the inclusion of the "DC Bar" logo in the upper right-hand corner of the certificate.

The completed application must be filed at least seven days prior to the date on which the applicant wishes to be admitted.

Upon approval of their application, attorneys receive filing privileges in CM/ECF. The court will mail a certificate of admission to admitted attorneys via USPS. The court does not otherwise notify attorneys of the approval of their application. Attorneys can check their status, bar number, and date of admission on the Court's website.

Applicants need not appear in person for the purpose of taking the oath of admission.

Changes in the postal or email address of counsel must be immediately updated in PACER.

Electronically filed documents must be maintained in paper form by the applicant. Upon request of the court, the applicant must provide original documents for review.

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7305

## ATTORNEY ADMISSION APPLICATION

Applicant's name: _____

**1- SPONSOR'S MOTION AND CERTIFICATION**

May it please the Court,

I, _____

a member of the bar of the United States Court of Appeals for the District of Columbia Circuit in good standing, hereby move the admission of the above-named applicant.

Having examined the credentials submitted, I vouch for the applicant, who in my opinion possesses the qualifications prescribed by the Federal Rules of Appellate Procedure and by the Circuit Rules of this Court.

_____    _____
Sponsor's signature                         Date

**2- APPLICANT'S INFORMATION**

Name: _____

DOB: _____

Residence Address: _____
Street Address

_____
City, State, and Zip Code

Home Phone Number: _____

Cell Phone Number: _____

Firm Name: _____

Address: _____
Street Address

_____
City, State, and Zip Code

Work Phone Number: _____

Email Address: _____

USCA Form 81
Rev. August 2025

  

# United States Court of Appeals
## District of Columbia Circuit

List all the federal and state courts to which you have been admitted, the current status, and the dates of admission.

Do not include pro hac vice admissions. Use additional pages, if necessary.

| STATE AND DISTRICT OF COLUMBIA COURT ADMISSIONS | Status (active, inactive) | Date Admitted |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| FEDERAL COURT ADMISSIONS | Status (active, inactive) | Date Admitted |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

If the answer to any of the questions below is yes, attach a detailed statement and all relevant documentation.

Have you been suspended or disbarred from practice anywhere, or have you been censured or given any reprimand pertaining to your conduct or fitness as a member of the bar? ◯ Yes ◯ No

Has your right to practice before any federal, state, or municipal department, bureau, commission, office, or agency of any kind ever been qualified, terminated or withdrawn? ◯ Yes ◯ No

Have you been a defendant in any criminal proceeding in which allegations of fraud, misrepresentation, or other dishonesty were made against you? ◯ Yes ◯ No

Have you been convicted of a criminal offense (other than a minor traffic offense)? ◯ Yes ◯ No

Have you been a defendant in any civil proceedings, including bankruptcy proceedings, in which allegations of fraud, misrepresentation, or other dishonesty were made against you? ◯ Yes ◯ No

Are there any disciplinary proceedings currently pending against you? ◯ Yes ◯ No

[ Save ]　[ Reset Form ]　[ Print Form ]

## 3- OATH OR AFFIRMATION

I do solemnly swear (or affirm) that I will conduct myself as an attorney and counselor of this court, uprightly and according to law; and that I will support the Constitution of the United States.

I, _____

do hereby subscribe to the foregoing oath (or affirmation) and say that I am the person named in the foregoing application and that the statements therein set forth are true and correct to the best of my knowledge and belief.

_____
Signature of Applicant

Subscribed and sworn (affirmed) before me this _____ day of _____ , _____

_____
Signature of Notary or Other Officer Authorized to Take Oaths and Affirmations

_____
Notary Seal
(Must Include Expiration Date)           Title

[Save]  [Reset Form]  [Print Form]

USCA Form 81
Rev. August 2025