**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

**CHRISTOPHER CHANDLER,**

    *Plaintiff-Appellee,*

**v.**                            **Case Numbers: 26-7008, 26-7009**

**DONALD BERLIN, and**
**INVESTIGATIVE CONSULTANTS, INC.,**

    *Defendants-Appellants.*

**APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS,**
**AND RELATED CASES**

Pursuant to the Court's Order of February 2, 2026 (Document #2157017) and

Circuit Rule 28(a)(1), Appellants DONALD BERLIN and INVESTIGATIVE

CONSULTANTS, INC., in Case Nos. 26-7008 and 26-7009 hereby submit this

certificate as to parties, rulings, and related cases.

    **(A)    Parties and Amici**

<u>Appellants</u>

The Appellants in this case are Mr. Donald Berlin, an individual residing at 21851

Laurel Wood Court, Leesburg, VA 20175, and Investigative Consultants, Inc., whose

principal place of business is located at 2020 Pennsylvania Ave., NW, Suite 813,

Washington, D.C. 20006. Mr. Berlin is the owner and principal of Investigative

Consultants, Inc.

<u>Appellee</u>

The Appellee in this case is Mr. Christopher Chandler, who is a citizen of New Zealand and Malta. Mr. Chandler currently resides in the United Arab Emirates.

<u>Amici</u>

The Appellants are not aware of any *amici* in this matter to date.

**(B) Ruling Under Review**

This appeal arises from the District Court's December 31, 2025 Order Denying Defendants' Motion for a New Trial (ECF No. 260) and the Jury's Verdict delivered on October 21, 2024 (ECF No. 225).

**(C) Related Cases**

This case was consolidated with Case No. 26-7009 per the Court's February 2, 2026 Order. The underlying District Court case (Case No. 1:18-cv002136-APM) was presided over by Hon. Amit P. Mehta, and was previously before this Court twice, in Case Nos. 20-7020 and 20-7102. In Case No. 20-7020, this Court affirmed the District Court's April 3, 2019 order granting summary judgment, reversed the District Court's January 30, 3030 order granting summary judgment, and remanded the case for further proceedings. Case No. 20-7102 was dismissed pursuant to a consent motion to dismiss.

<u>*/s/ James P. Campbell*</u>
James P. Campbell, Esq. (DC Cir. #VA195)
Matthew L. Clark, Esq. (DC Cir. #VA193)
Daniel M. Casto, Esq. (DC Bar # 996518)
**CAMPBELL CASTO CLARK, P.C.**
1602 Village Market Blvd., SE, Suite 225
Leesburg, Virginia 20175
JCampbell@campbellcastoclark.com
MClark@campbellcastoclark.com
DCasto@campbellcastoclark.com
*Attorneys for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2026, a copy of the foregoing Certificate as to Parties, Rulings, and Related Cases was served on the following parties by via ECF:

Megan L. Meier
Mark R. Thomson
Amy McCann Roller
1120 20th Street, NW, Suite 550
Washington D.C. 20036
Telephone: (202) 318-3655
Email: Megan.Meier@mwpp.com
Email: Mark.Thomson@mwpp.com
Email: Amccannnroller@mwpp.com
*Attorneys for Appellee Christopher Chandler*

/s/ *James P. Campbell*
James P. Campbell