# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Christopher Chandler, Appellee

**v.**    **Case No:** 26-7008, 26-7009

Donald Berlin, and Investigative Consulta

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

◉ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 30-10-2024 | Trial Transcript of Jury Selection Proceedings | William P. Zaremba |
| 30-10-2024 | Trial Transcript - Day 1 (Afternoon Session) | Sonja L. Reeves |
| 30-10-2024 | Trial Transcript - Day 2 (Morning Session) | William P. Zaremba |
| 30-10-2024 | Trial Transcript - Day 2 (Afternoon Session) | Sonja L. Reeves |
| 30-10-2024 | Trial Transcript - Day 3 (Morning Session) | William P. Zaremba |
| 30-10-2024 | Trial Transcript - Day 3 (Afternoon Session) | Lisa Edwards, RDR, CRR |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Christopher Chandler, Appellee

**v.**

Donald Berlin, and Investigative Consulta

**Case No:** 26-7008, 26-7009

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

◉ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
| 30-10-2024 | Trial Transcript - Day 4 | William P. Zaremba |
| 30-10-2024 | Trial Transcript - Day 5 (Jury Deliberations) | William P. Zaremba |
| 30-10-2024 | Trial Transcript - Day 6 (Jury Deliberations and Verdict) | William P. Zaremba |
| 11-07-2024 | Transcript of Pretrial Conference Proceedings | William P. Zaremba |
| 02-10-2024 | Transcript of Discovery Hearings | William P. Zaremba |
| 08-10-2024 | Transcript of Pretrial Conference | William P. Zaremba |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

**Case Caption:** Christopher Chandler, Appellee

**v.**

Donald Berlin, and Investigative Consulta

**Case No:** 26-7008, 26-7009

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

◉ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
| 11-10-2024 | Transcript of Pretrial Conference Proceedings | William P. Zaremba |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)