CAMPBELL CASTO CLARK, P.C.
Attorneys at Law

1602 Village Market Boulevard, S.E.
Suite 225
Leesburg, Virginia 20175

Telephone: (703) 771-8344
Facsimile: (703) 777-1485

**James P. Campbell, Esq.**
JCampbell@CampbellCastoClark.com

November 3, 2026

**VIA CM/ECF and U.S. Mail**
Clifton Cislak, Clerk of Court
E. Barrett Prettyman U.S. Courthouse, Room 5205
333 Constitution Avenue NW
Washington, D.C. 20001

**RE: *Chandler v. Berlin, et al.*,**
**Nos. 26-7008, 26-7009 (D.C. Cir.)**

**LETTER OF CORRECTION**
**PURSUANT TO Fed. R. App. P. 28(j)**

Dear Clerk of Court:

Yesterday, I presented oral argument on behalf of the Appellants in the above case before a panel comprised of Judge Millett, Judge Pan, and Judge Garcia. I submit this Letter of Correction pursuant to Fed. R. App. P. 28(j) to correct a misstatement at oral argument. I am copying counsel for the Appellee and my co-counsel hereto.

During oral argument, the panel asked if the Appellants had preserved the specific argument that the jury's verdict violated the 2017 republication limitation from the prior remand mandate of this Court. The Appellee's brief in opposition did not contend that this issue had not been preserved for appeal, and I was caught off guard by the question. I mistakenly stated this precise issue had not been preserved.

I am submitting this letter of correction to inform the Court that the issue was preserved. The issue of the limitation of the remand was raised in the Appellants' Memorandum in Support of their Motion for a New Trial filed in the District Court on November 27, 2024, specifically:

> In any event, Mr. Berlin, bears no responsibility for that public circulation in 2017 and 2018. *Chandler v. Berlin*, 998 F.3d 965, 975-78 (D.C. Cir. 2021). (JA 3254)

The issue was also preserved in the Appellants' Reply in Support of their Motion for a New Trial filed in the District Court on January 2, 2025:

CCC



He also ignores his testimony that the embarrassment and mental distress he suffered from reading Mr. Berlin's report was the result of Eringer's charges being "circulated publicly for some time. (Dkt. 253 at 25) Defendants are not liable for any harm resulting from that public circulation, *Chandler v. Berlin*, 998 F.3d 965, 975-78 (D.C. Cir. 2021), and Chandler offered no evidence of any emotional injury arising out of the republications to either the CIA or Prince Albert, which occurred more than 10 years before the public circulation. (JA 4300)

I request that the record be amended to reflect the corrections set forth herein. Please let me know if the Court has any questions or needs any further clarification.

Sincerely,

James P. Campbell

JPC

cc: Daniel P. Watkins
Megan L. Meier
Rodney Smolla
Amy McCann Roller
*Counsel for the Appellee*
Christopher L. Rogan
*Counsel for Appellant Donald Berlin in 26-7009*